MARCH 13, 1945

No. 6120.—

*Eurasia Import Co., Inc.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 6092. Motion by appellee.